United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 22-7105**                                   **September Term, 2022**

**1:22-cv-01346-UNA**

**Filed On:** October 11, 2022

Kent Allen, Jr.,

           Appellant

       v.

Adam Mosseri, CEO of Instagram, et al.,

           Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**     Millett and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's order filed June 21, 2022, be affirmed.  The district court did not abuse its discretion in dismissing the complaint without prejudice for failure to comply with the pleading standard of Federal Rule of Civil Procedure 8(a), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief."  Fed. R. Civ. P. 8(a)(2); see Ciralsky v. CIA, 355 F.3d 661, 668-71 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:     /s/
                              Daniel J. Reidy
                              Deputy Clerk